# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## EASTERN DIVISION

| | |
|---|---|
| SUSAN CRISP, ASHLEY SACCHITELLA, and CATHERINE WEEKS, on behalf of themselves and all others similarly situated, | No.: 2:22-cv-02925-MHW-KAJ <br><br> **CLASS ACTION** |
| Plaintiffs, | |
| v. | |
| COMENITY CAPITAL BANK; COMENITY SERVICING, LLC; and BREAD FINANCIAL HOKDINGS, INCORPORATED, | District Judge: Michael H. Watson <br> Magistrate Judge: Kimberly A. Jolson |
| Defendants, | |

## PLAINTIFFS' NOTICE OF VOLUNTARY DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiffs Susan Crisp, Ashley Sacchitella and Catherine Weeks hereby dismiss their claims and this case with prejudice. This dismissal is without prejudice to the claims of any putative class member and because no class has been certified, no notice to the class is required. Defendants have not served an answer or a motion for summary judgement.

Dated: January 4, 2023

Respectfully submitted,

*/s/ Daniel R. Karon*
Daniel R. Karon
**KARON LLC**
Daniel R. Karon
700 W. St. Clair Avenue, Suite 200
Cleveland, OH 44113

Joseph G. Sauder
Joseph B. Kenney
**SAUDER SCHELKOPF LLC**

        1109 Lancaster Avenue
        Berwyn, PA 19312
        Telephone: (888) 711-9975
        Email: jgs@sstriallawyers.com
              jbk@sstriallawyers.com

        Benjamin F. Johns
        **SHUB LAW FIRM LLC**
        134 Kings Highway East
        2nd Floor
        Haddonfield, NJ 08033
        Tel: (856) 772-7200
        Email: bjohns@shublawyers.com

        ***Attorneys for Plaintiffs***

**IT IS SO ORDERED**:    _____
                                  Hon. Michael H. Watson

## **CERTIFICATE OF SERVICE**

I, Daniel R. Karon, certify that on January 4, 2023, I caused the foregoing PLAINTIFFS' NOTICE OF VOLUNTARY DISMISSAL to be filed using the Court's CM/ECF system, thereby causing it to be served upon all registered ECF users in this case.

*/s/ Daniel R. Karon*
Daniel R. Karon